JOHN L. BURRIS, Esq./SBN 69888
BENJAMIN NISENBAUM, Esq./SBN 222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI ROBINSON, individually, and as personal representative of the Estate of Andrew Washington, Sr., <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF VALLEJO, a municipal corporation; VALLEJO POLICE DEPARTMENT, a subdivision of the City of Vallejo; *et al.* <br><br> Defendants. | Case No.: 05 03793 SI <br><br> **NOTICE AND STIPULATION TO SUBSTITUTION OF COUNSEL** |

**THE LAW OFFICES OF JOHN L. BURRIS** hereby substitutes as counsel of record for Plaintiff in the above-entitled action.

Date: 11/21/05                              /s/
                                            Benjamin Nisenbaum, Esq.

In place of the Law Offices of Scott Gilpin, which is hereby relieved as counsel of record for Plaintiff.

Date: 11/22/05                              /s/
                                            Scott Gilpin, Esq.

Lori Bauer (AKA Lori Robinson) hereby accepts this substitution of counsel, as reflected in the attached letter dated November 10, 2005, signed by Lori Bauer, and hereby incorporated by reference as Exhibit A.

GRANTED
Judge Susan Illston

NOTICE OF WITHDRAWAL OF REPRESENTATION
AND STIPULATION TO SUBSTITUTION OF COUNSEL                                              1