JOHN L. BURRIS, ESQ., SBN 69888
BENJAMIN NISENBAUM, ESQ. SBN 222173
Law Offices of John L. Burris
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telehone: (510) 839-5200
Facsimile: (510) 839-3882

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI ROBINSON, individually, and as personal representative of the Estate of Andrew Washington,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF HAYWARD, a governmental entity; CRAIG CALHOUN, in his capacity as Chief of Police for the CITY OF HAYWARD; FRANK SUNSERI, individually, and in his capacity as a police officer for the CITY OF HAYWARD; and DOES 1-25, inclusive, individually, and in their capacity as police officers for the CITY OF BERKELEY,<br><br>Defendants | Case No. C 05 03793 SI<br><br>STIPULATION AND ORDER OF DISMISSAL |

PLAINTIFF HEREBY DISMISSES THIS ACTION without prejudice pursuant to FRCP 41(a)(1). Defendants have not been served in this action. Plaintiff will re-file this action in the Eastern District of California.

**The Law Offices of John L. Burris**

Dated: 1/19/2005         _____/s/_____
                         Ben Nisenbaum, Esq.
                         Attorney for Plaintiff

Dismissal and Order                                                                    1
Case no. C 05 03793 SI-

### ORDER

**IT IS HEREBY ORDERED** that this action is dismissed without prejudice.

**IT IS SO ORDERED.**

Date:_____      _____
SUSAN ILLSTON
United States District Court Judge



Dismissal and Order
Case no. C 05 03793 SI-

2